No. 12,629.

WALKER *v.* INGLE.

(10 P. [2d] 1118)

Decided April 18, 1932.

Mr. EDWARD N. DONNELLAN, Messrs. STEPHENSON, PROFFITT & SHACKELFORD, Messrs. GOSS & HUTCHINSON, Mr. C. D. BROMLEY, for plaintiff in error.

Mr. F. S. LUETHI, Mr. CHESTER INGLE, for defendant in error.

Per Curiam.